# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 22, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145479

ASHLEY DEMEYER, as Personal
Representative of the Estate of Skylar
Wheeler, Deceased,
    Plaintiff-Appellant,

v

LORI SHEETS and GARY SHEETS,
    Defendants-Appellees.

SC: 145479
COA: 303804
Midland CC: 10-006784-NO

_____/

   On order of the Court, the application for leave to appeal the June 21, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 22, 2012          _____
                  Clerk

t1015